*Order Filed on 9/11/2013 by Clerk U.S. Bankruptcy Court District of New Jersey*

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **SEIDMAN & PINCUS, LLC**<br>*Counsel to 1st Constitution Bank*<br>777 Terrace Avenue, Suite 508<br>Hasbrouck Heights, New Jersey 07604<br>(201) 473-0047 |

| | |
|---|---|
| In re:<br><br>HAE SOOK CHUNG,<br><br>Debtor. | Chapter 7<br>Case No. 13-26299<br><br>Hon. Donald H. Steckroth |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY OR DECLARING THAT THE <u>AUTOMATIC STAY DOES NOT APPLY</u>

The relief set forth in the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: 9/11/2013**

_____
Honorable Donald H. Steckroth
United States Bankruptcy Judge

Debtor:      Hae Sook Chung
Case No.:    13-26299
Page:        2
Caption:     Order Granting Relief From The Automatic Stay or Declaring that the Automatic Stay Does Not Apply

---

**THIS MATTER** having been opened to the Court by Seidman & Pincus, LLC upon the motion (the "Motion") of 1st Constitution Bank for entry of an Order, pursuant to § 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), granting 1st Constitution Bank relief from the automatic stay for the purpose of continuing with the prosecution of: (i) the foreclosure action pending in the Superior Court of New Jersey, Bergen County, Chancery Division, bearing docket no. F-2662-12, with respect to non-debtor property located at 28 East Main Street, Bergenfield, New Jersey; (ii) the foreclosure action pending in the Superior Court of New Jersey, Bergen County, Chancery Division, bearing docket no. F-10382-13 with respect to non-debtor property located at 956 Virgil Avenue, Ridgefield, New Jersey (together, the "Foreclosure Actions"), or, alternatively, declaring that the automatic stay does not apply to such Foreclosure Actions; and this Court having considered all of the papers submitted in support of the motion, and all of the papers (if any) submitted in opposition to the motion, and upon the record of the hearing on the motion; and due deliberation having been had thereon, and sufficient cause appearing therefor; it is

**ORDERED** that the automatic stay does not apply to the Foreclosure Actions prosecuted by 1st Constitution Bank to foreclose its mortgage against the Property of non-debtor Ebenezel, LLC, and non-debtor Danny Cheong, and leave be, and hereby is, granted to 1st Constitution Bank to continue to prosecute its rights under such Foreclosure Actions through to judgment and sale.

[or]

*Approved by Judge Donald H. Steckroth September 11, 2013*

Debtor:       Hae Sook Chung
Case No.:     13-26299
Page:         3
Caption:      Order Granting Relief From The Automatic Stay or Declaring that the Automatic Stay Does Not Apply

---

**ORDERED** that the automatic stay be, and hereby is, vacated to permit 1st Constitution Bank to continue to prosecute the Foreclosure Actions through to judgment and sale.

*Approved by Judge Donald H. Steckroth September 11, 2013*